# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 17–51087–cag
Chapter No.: 7
Judge: Craig A. Gargotta

IN RE: **Denver W McCluskey, Jr.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **7/11/17 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 8 Motion to Avoid Lien with Justin Brown filed by Lawrence B. Shallcross for Debtor Denver W McCluskey Jr. (Attachments: # 1 Proposed Order Order)) Hearing Scheduled For 7/11/2017 at 09:30 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 6/12/17

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]